# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BRAD WATSON and BELLA CORP.** | § | |
| **D/B/A/ BROADWAY POWERSPORTS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:11-CV-035** |
| **vs.** | § | |
| | § | |
| **AMERICAN HONDA MOTOR CO., INC.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendant American Honda Motor Co. Inc.'s Motion to Abate (Docket No. 13). After consideration of the parties' briefing, the motion is **GRANTED**. The Court **ORDERS** that the instant case be abated until 60 days after final resolution by entry of a Final Order from the Motor Vehicle Division and conclusion or expiration of all available appellate remedies in: SOAH Docket No. 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 LIC; MVD Docket No. 11-0001 LIC; *Bella Corp. d/b/a Broadway Powersports v. American Honda Motor Co., Inc.*; before the Texas Department of Motor Vehicles, Motor Vehicle Division. The parties are **ORDERED** to notify the court within 30 days of such final resolution.

Defendant American Honda Motor Co. Inc.'s Motion for Hearing (Docket No. 25) is **DENIED**.

**So ORDERED and SIGNED this 18th day of October, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**